UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14040-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSE GOMEZ,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 17, 2007. A Report and Recommendation was filed on July 30, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Counts Two and Three of the Indictment which charges the Defendant with knowingly using a false identification card for the purpose of satisfying Section 274A of the Immigration and Nationality Act; and knowingly and willingly using and possessing without lawful authority a means of identification of another person, during and in relation to a felony violation of Title 18, United States Code, Section 1546; in violation of Title 18, United States Code,

Sections 1546 and 1028A, respectively.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of August, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office